**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 8409
Jsc@cogburnlaw.com
BYRON E. THOMAS, ESQ.
Nevada State Bar No. 8906
bthomas@cogburnlaw.com
9555 S. Eastern Ave., Suite 280
Las Vegas, Nevada 89123
Tel: (702) 384-3616
Fax: (702) 943-1936
   Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAVI RAMANATHAN, an individual;<br><br>            Plaintiff,<br><br>    vs.<br><br>SAXON MORTGAGE SERVICES, INC., a foreign entity; OCWEN LOAN SERVICING, LLC, a foreign limited liability company; DOES I through X, inclusive; ROE CORPORATIONS, I through X, inclusive,<br><br>            Defendants. | Case No: 2:10-cv-02061-KJD-LRL<br><br>**STIPULATION AND ORDER TO DISMISS CASE AND ALL DEFENDANTS WITH PREJUDICE** |

Plaintiff Ravi Ramanathan and Defendants Saxon Mortgage Services, Inc. and Ocwen Loan Servicing, LLC, through their respective counsel, hereby stipulate and agree that the above-captioned litigation is dismissed with prejudice as against all Defendants.

////

////

////

////

////

////

////

Page 1 of 3

The parties further stipulate to vacate all pending motions and hearings, and that each party shall bare their own attorney's fees and costs.

| | |
|---|---|
| Dated this 25th day of April, 2012. | Dated this 25th day of April, 2012 |
| COGBURN LAW OFFICES | WOLFE & WYMAN, LLP |
| By: _/s/Jamie S. Cogburn, Esq._____<br>JAMIE S. COGBURN, ESQ.<br>Nevada State Bar No. 8409<br>BYRON E. THOMAS, ESQ.<br>Nevada State Bar No. 8906<br>9555 S. Eastern Ave., Suite 280<br>Las Vegas, Nevada 89123<br>Attorneys for Plaintiff | By: _/s/ Colt B. Dodrill, Esq._____<br>COLT B. DODRILL, ESQ.<br>Nevada Bar No. 9000<br>11811 N. Tatum, Suite 3031<br>Phoenix, AZ 85028<br>Attorneys for Defendant<br>*Saxon Mortgage Services, Inc.* |

Dated this 25th day of April, 2012

HOUSER & ALLISON, A.P.C

By: /s/ Jeffrey S. Allison, Esq. _____
   Jeffrey S. Allison, Esq.
   9970 Research Drive
   Irvine, CA 92618
   Attorneys for Defendant
   *Ocwen Loan Servicing, LLC*

*////*

*////*

*////*

*////*

*////*

*////*

*////*

*////*

## ORDER

IT IS HEREBY ORDERED that the above named Defendants and action be dismissed with prejudice.

DATED this __27__ day of __April__, 2012.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

COGBURN LAW OFFICES

By: _/s/_Jamie S. Cogburn, Esq. _____
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 8409
BYRON E. THOMAS, ESQ.
Nevada State Bar No. 8906
9555 S. Eastern Ave., Suite 280
Las Vegas, Nevada 89123
Attorneys for Plaintiff